FILE COPY



# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00016-CR
No. 02-18-00017-CR

MICHAEL CHARLES CHADMAN, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 415th District Court
Parker County, Texas
Trial Court No. CR17-0425, CR17-0427

---

## ORDER

Appellant's counsel has filed a supplemental *Anders* brief with this court after reviewing the supplemented record. And the trial court clerk has informed this court that a copy of the supplemental parts of the appellate record has been sent directly to appellant pro se. *See Kelly v. State*, 436 S.W.3d 313, 321 & n.24 (Tex. Crim. App. 2014).

Accordingly, appellant's pro se response to the *Anders* brief and supplemental *Anders* brief are due **Monday, January 7, 2019**. If appellant does not file a pro se

response on or before **Monday, January 7, 2019**, this court will assume that appellant does not intend to file a response, and the State will have thirty days to respond. The court will consider the appeal after the State files its brief, if any.

We direct the clerk of this court to transmit a copy of this order to the attorneys of record, appellant, the trial court clerk, and the court reporter.

Dated November 7, 2018.

Per Curiam